# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DAVID T. THURSTON                                        CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                          NO.: 19-00365-BAJ-SDJ

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 5)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses the Complaint (Doc. 1) filed by *pro se* Plaintiff David T. Thurston, an inmate confined at the Dixon Correctional Institute in Jackson, Louisiana. The Magistrate Judge recommended that the Court decline the exercise of supplemental jurisdiction over any potential state law claims and that Plaintiff's action be dismissed with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 5 at p. 7). The Magistrate Judge further recommended that this case be closed. *Id.*

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

1

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this matter is **CLOSED**.

Baton Rouge, Louisiana, this 23rd day of July, 2020

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**